395 A.2d 992

Mid–Penn Consumer Discount Company v. Innezzelli
et al. (et al., Appellant).

Argued September 12, 1978. Alvin Freiberg, for appellant; No appearance entered nor briefs submitted for appellees, Mid-Penn Consumer Discount Company and Innezzelli.

Before CERCONE, SPAETH and LIPEZ, JJ.

OPINION PER CURIAM: Order reversed and case remanded for depositions and further proceedings as may be appropriate.